BARRY YOUNG *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION
ACT, ET AL.
(AC 30940)

Harper, Robinson and Lavery, Js.

Argued November 19—officially released December 15, 2009

Per Curiam. Practice Book § 22-4 provides a mechanism for the correction of a board's factual findings. The plaintiff's failure to file a timely motion to correct prevented the trial court from reviewing facts found by the board, and it is bound by them. See *JSF Promotions, Inc.* v. *Administrator, Unemployment Compensation Act*, 265 Conn. 413, 422, 828 A.2d 609 (2003).

The judgment is affirmed.

JOSE DELVALLE *v.* COMMISSIONER OF
CORRECTION

(AC 30076)

Bishop, Robinson and Alvord, Js.

Argued December 8—officially released December 29, 2009

Per Curiam. The judgment is affirmed.